David L. Emerzian, # 222930
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Plaintiff
CALGON CARBON CORPORATION, INC., a
Delaware Corporation

(SPACE BELOW FOR FILING STAMP ONLY)

**FILED**

JUL 2 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALGON CARBON CORPORATION, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>STEVE DOVALI CONSTRUCTION, INC., a California Corporation, and DOES 1-20, inclusive,<br><br>            Defendant. | Case No.   1:09 – CV-01078-LJO-GSA<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff CALGON CARBON CORPORATION, INC., (hereinafter "CALGON") and, and hereby dismisses this action with prejudice, each party bearing its own attorney's fees and costs of suit.

Dated: July 20, 2009

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: ____/s/David L. Emerzian_____
David L. Emerzian
Attorneys for Plaintiff
CALGON CARBON CORPORATION, INC.

It is so ORDERED.

Date: 7-27-09

_____
U.S. District Court Judge

1408569.v1

NOTICE OF DISMISSAL WITH PREJUDICE